IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:16-cr-256 (AJT) |
| | ) | |
| CARLOS MARIO MEJIA LOPEZ et al. | ) | |

**MOTION OF THE UNITED STATES
TO UNSEAL INDICTMENT AND ARREST WARRANTS**

The United States, by and through the undersigned counsel, hereby moves to unseal the indictment returned November 10, 2016, and the accompanying arrest warrants for all five defendants. The defendants have been ordered extradited to the United States.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/ James L. Trump
James L. Trump
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3726
(703) 299-3980 (fax)
jim.trump@usdoj.gov