AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

United States of America
v.
ISMAEL ENRIQUE TUIRAN MIRANDA
a.k.a "GORDO"

Defendant

Case No. 1:16-CR-256

**UNDER SEAL**

FILED JAN 15 2019 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

2017 AUG -9 PM 12:38 RECEIVED UNITED STATES MARSHAL EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  ISMAEL ENRIQUE TUIRAN MIRANDA  a.k.a "GORDO",
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 959(a), 960, 963        Conspiracy to Distribute Five Kilograms or More of Cocaine Knowing, Intending, and Having Reasonable Cause to Believe that it will be Unlawfully Imported into the United States

Date: 08/09/2017

*Issuing officer's signature*

City and state:  Alexandria, Virginia

Kathy Roberts- Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 8/9/17, and the person was arrested on *(date)* 1/11/19
at *(city and state)* Dulles, Virginia.

Date: 1/15/19

*Arresting officer's signature*

Christina H. Moore, DUSM
*Printed name and title*

FOR FBI