TYPE OF HEARING: R5-Indictment
CASE NUMBER: 16cr256
MAGISTRATE JUDGE: John F. Anderson
DATE: 1/15/19
TIME: 2pm
TAPE: FTR RECORDER
DEPUTY CLERK: Whitney Garnett

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Ismael Enrique Tuiran Miranda

GOVT. ATTY: Lena Munasifi

DEFT'S ATTY: w/out counsel

DUTY AFPD: _____

INTERPRETER/LANGUAGE: Spanish / Patricia Triana

DEFT INFORMED OF RIGHTS, CHARGES, AND PENALTIES (X) Deft will retain counsel.
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( )   FPD ( ) CJA ( ) Conflict List ( )

Gov't is seeking detention — granted pending DH.

BOND: Deft remanded

NEXT COURT APPEARANCE: 1/17/19   TIME: 2:30pm
DH - JFA

7 min